

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 27, 2025

By ACMS

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Ari Teman**
              **Docket No. 24-345**

Dear Ms. Wolfe:

    The Government respectfully submits this letter to update its oral argument statement in this case. I am not available to appear for argument on the following dates: June 12-20 and 30; August 25-29; September 4-5, 12, 15, and 17; and October 1-3, 6, and 23.

              Respectfully submitted,

              JAY CLAYTON
              United States Attorney

        By: /s/ Jacob H. Gutwillig
              Jacob H. Gutwillig
              Assistant United States Attorney
              Tel: (212) 637-2215

cc: Thomas J. Butler, Esq. (via AMCS)