# LAW OFFICES OF
# THOMAS BUTLER

| | |
|---|---|
| 407 Lincoln Road | P.O. Box 665 |
| SUITE 6H | Melville |
| MIAMI BEACH, FLORIDA 33139 | New York, 11747 |
| ADMITTED IN: | TEL: (877) 847-1896 |
| FLORIDA | |
| NEW YORK | APPELLATELAW@BELLSOUTH.NET |
| FLORIDA BOARD CERTIFIED APPELLATE ATTORNEY | |
| FLORIDA BOARD CERTIFIED CRIMINAL APPELLATE ATTORNEY | |

May 28, 2025

BY ACMS
Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    USA v. Ari Teman, Case No.: 24-345

Dear Ms. Wolfe,

I respectfully submit this letter to update its oral argument statement in this case. I am not available to appear for argument on the following dates: August 1, 2025 to September 14, 2025; October 31, 2025 to November 24, 2025; December 1, 2025 to December 24, 2025; January 7, 2026 to March 15, 2026.

                              Respectfully Submitted,

                              s/sThomas Butler
                              Thomas J. Butler, Esq.

cc: Jacob Gutwillig, Esq.