# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand twenty-five.

_____

United States of America,

    Appellee,

**ORDER**

Docket No. 24-345

   v.

Ari Teman, AKA Sealed Defendant 1,

    Defendant - Appellant.

_____

    The Government moves to dismiss the appeal.

    IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court