UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 24-345

Caption [use short title]

Motion for: to Withdraw as Counsel for the Appellant

United States v. Teman

Set forth below precise, complete statement of relief sought:
to withdraw as counsel for the Appellant

MOVING PARTY: Counsel for Ari Teman
OPPOSING PARTY: United States of America

☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Thomas J. Butler, Esq.
OPPOSING ATTORNEY: Jay Clayton, U.S. Attorney, S District of N.Y.
[name of attorney, with firm, address, phone number and e-mail]

350 Northern Blvd., Ste. 324-1032
Jacob H. Gutwillig, Assistant U.S. Attorney

Albany, N.Y. 12204
26 Federal Plaza, 37th Floor, N.Y., N.Y. 10278

(877) 847-1896, Email: appellatelaw@bellsouth.net
(212) 637-2215, Email: jacob.gutwillig@usdoj.gov

Court- Judge/ Agency appealed from: Hon. Paul A. Engelmayer, U.S. District Judge, Southern District of New York

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):_____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☒ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☒ Don't Know

Is the oral argument on motion requested?   ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☒ No  If yes, enter date:_____

Signature of Moving Attorney:
_/s/_____ Date: 8-7-2025   Service: ☒ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)