**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: August 27, 2025<br>Docket #: 24-345<br>Short Title: United States of America v. Teman | DC Docket #: 1:19-cr-696-1<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Trial Judge - Paul A. Engelmayer |

# NOTICE OF SUBMISSION DATE
# FOR DETERMINATION OF APPEAL

**Submission Date:**   Thursday, October 16, 2025

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of submission. The Court will consider the motion or stipulation at the time of submission, and counsel's appearance is not required. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.