UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of October, two thousand twenty-five,

Present:
    John M. Walker, Jr.,
    Joseph F. Bianco,
    Myrna Pérez,
        *Circuit Judges*.

United States of America,

    Appellee,

v.

Ari Teman, AKA Sealed Defendant 1,

    Defendant - Appellant.

**ORDER**
Docket No. 24-345

    Appellant filed a motion for reconsideration and the panel that determined the motion has considered the request.

    IT IS HEREBY ORDERED, that the motion is denied.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court