# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of October, two thousand twenty-five.

---

United States of America,

     Appellee,

v.

Ari Teman, AKA Sealed Defendant 1,

     Defendant - Appellant.

---

**ORDER**

Docket No. 24-345

     IT IS HEREBY ORDERED that Appellant's motion for change of venue is DENIED as moot in light of the Court's October 22, 2025 order denying Appellant's motion for reconsideration.

     For the Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court